UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:24-cv-02021-OEM-VMS**

| | |
|---|---|
| **Joseph Rouse**, <br>        Plaintiff, <br><br> vs. <br><br> **DS Brooklyn Portfolio Owner LLC** and **Brisa Marina Restaurant Corp**, <br>        Defendants. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST DEFENDANT BRISA MARINA RESTAURANT CORP**, |

Pursuant to F.R.C.P. 41(a)(1)(i), the Plaintiff, by and through undersigned counsel, hereby

gives notice that the above-captioned action is voluntarily dismissed, *with prejudice*, against

Defendant, **Brisa Marina Restaurant Corp**,

.

Dated: <u>August 4, 2025</u>.

<u>s/Maria Costanza Barducci</u>
Maria-Costanza Barducci (Bar No. 5070487)
    *Attorney for Plaintiff*
BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, New York 10011
(212) 433-2554
MC@BarducciLaw.com